1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | ESHWAR CHIKKULIKERE RAJU, *et al.*,        | C 3:23-cv-02919 LJC
13 |                  Plaintiffs,
14 |        v.                                   | **STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER**
15 | UR M. JADDOU, Director, United States Citizenship and Immigration Services,
16 |
17 |                  Defendant.

18

19     The parties, through their undersigned attorneys, hereby stipulate to an extension of time within

20 which the Defendant must serve the answer or otherwise respond in the above-entitled action.

21 Defendant will file her response on or before October 2, 2023.

22     The parties further request a corresponding extension on the deadline for filing a summary

23 judgment motion under the Court's Immigration Mandamus Procedural Order.  Currently, if Plaintiffs

24 have not filed a motion for summary judgment by 90 days after the Complaint was filed, or

25 September 12, 2023, Defendant must file a motion for summary judgment by 120 days after the

26 Complaint was served, October 18, 2023.  In light of the agreed-upon extension for Defendant's

27 response to the Complaint, the parties request that, if Plaintiffs have not filed a motion for summary

28

judgment by October 27, 2023, Defendant must file her motion for summary judgment by December 1, 2023.  In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: August 2, 2023                                                          Respectfully submitted,

                                                                         ISMAIL J. RAMSEY
                                                                         United States Attorney

                                                                         */s/ Elizabeth D. Kurlan*
                                                                         ELIZABETH D. KURLAN
                                                                         Assistant United States Attorney
                                                                         Attorneys for Defendant

Dated: August 2, 2023

                                                                         */s/ Curtis Lee Morrison*
                                                                         CURTIS LEE MORRISON
                                                                         Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 3, 2023

                                                                         LISA J. CISNEROS
                                                                         United States Magistrate Judge