```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendant
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| ESHWAR CHIKKULIKERE RAJU, *et al.*, | C 3:23-cv-02919 LJC |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION TO STAY PROCEEDINGS;** **[PROPOSED]** **ORDER** |
| UR M. JADDOU, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until January 30, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this mandamus action seeking adjudication of their Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status. United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence (RFE) on September 20, 2023. After receiving Plaintiff's responses to the RFE, USCIS will take the next adjudicative steps.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Stip to Stay Proceedings
C 3:23-cv-02919 LJC                    1

January 30, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated:  September 27, 2023							Respectfully submitted,

											ISMAIL J. RAMSEY
											United States Attorney


											 */s/ Elizabeth D. Kurlan*
											ELIZABETH D. KURLAN
											Assistant United States Attorney
											Attorneys for Defendant


Dated:  September 27, 203
											 */s/ Curtis Lee Morrison*
											CURTIS LEE MORRISON
											Attorney for Plaintiffs


**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 28, 2023

											_____
											LISA J. CISNEROS
											United States Magistrate Judge